JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF RAUL T. LOPEZ, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM | CASE NO. 8:11-CV-00944-CJC(RNBx)<br><br>[PROPOSED] **FINAL ORDER AND JUDGMENT** |

Having considered the Joint Stipulation filed by defendants Sylvia Prata, the Estate of Raul T. Lopez, and Virginia Hanna, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. On June 23, 2011, Transamerica Life Insurance Company ("Transamerica") initiated this action to resolve three conflicting claims to a flexible premium variable annuity contract (No. 210694EDV) ("Annuity") with death benefits totaling $105,652.51 ("Interpleader Funds"). Virginia Hanna is the designated primary beneficiary of the Annuity.

2. Concurrent with filing the Complaint, Transamerica deposited the Interpleader Funds with the Court in an interest bearing account.

3.     On September 13, 2011, the Court dismissed defendant Stephen Z. Cutler from this action with prejudice.

4.     On November 23, 2011, the Court discharged Transamerica from this action and awarded it the sum of $8,500 as reasonable attorney's fees and costs incurred in this action.  This amount was paid out of the Interpleader Funds.

5.     The Court has subject matter jurisdiction over this Judgment.

6.     The terms set forth in the Joint Stipulation constitute a full and fair settlement of all claims and cross-claims raised in this matter.

7.     Judgment is entered in favor of Virginia Hanna and her claim to the Interpleaded Funds.  Virginia Hanna is awarded the remaining balance of the funds deposited with the Court, including all accrued interest.  The Clerk shall issue payment to "Virginia Hanna" in that amount and in the care of her attorneys, Locke Lord LLP.  The check shall be made payable to "Virginia Hanna" and mailed to:

> F. Phillip Hosp, Esq.
> Locke Lord LLP
> 300 South Grand Avenue, Suite 2600
> Los Angeles, CA 90071

8.     The remaining claims and cross-claims in this action are dismissed with prejudice.  Virginia Hanna is precluded from recouping the Interpleaded Funds paid to Transamerica from any party in this action.

9.     Virginia Hanna and Sylvia Prata shall bear their own attorney's fees and costs related to the this action.  Attorneys' fees and costs will not be paid by or affect the Estate of Raul T. Lopez or the Raul Thome Lopez Trust.

10.    The Clerk is directed to enter this Final Order and Judgment forthwith as the final judgment of the Court.

Dated:  1/10/12          By: _____
                            Hon. Carmac J. Carney
                            United States District Judge

2
[PROPOSED] FINAL ORDER AND JUDGMENT